TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00111-CV

Qwest Communications International Inc.and Qwest Communications

Corporation, Appellants

v.

AT&T Corp. and AT&T Communications of the Southwest, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 97-13778, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

&

NO. 03-00-00647-CV

In re Qwest Communications Corporation and Qwest Communications

International Inc., Relators

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

 Appellants and relators, Qwest Communications Corp. and Qwest Communications
International Inc. (Qwest), and appellees and real parties in interest, AT&T Corp. and AT&T
Communications of the Southwest, Inc. (AT&T), have filed an agreed motion to dismiss the above
captioned proceedings. We will grant the motion.

 In 1998, Qwest filed an interlocutory appeal in this Court (cause number 03-98-00111-CV), which we dismissed for want of jurisdiction. The Supreme Court disagreed and on
April 6, 2000, it reversed our judgment. On October 10, 2000, Qwest filed a motion for
temporary relief and petition for writ of mandamus (cause number 03-00-00647-CV) seeking to
stay the commencement of the underlying trial pending resolution of their interlocutory appeal. 
On October 13, 2000, we received the Supreme Court's mandate reversing our judgment and
remanding the cause to this Court for consideration of the merits, thus returning jurisdiction over
the appeal to this Court. On October 17, Qwest and AT&T filed their agreed motion to dismiss
both the appeal and the petition for writ of mandamus. We grant the motion and dismiss the
interlocutory appeal, Qwest's rule 29.3 emergency motion for temporary order filed October 16
in the interlocutory appeal, Qwest's motion for temporary relief, and Qwest's petition for writ of
mandamus. 

 

 Lee Yeakel, Justice

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Agreed Motion

Filed: October 19, 2000

Do Not Publish